UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACIE BODO,<br><br>                   Plaintiff,<br><br>    v.<br><br>BRAD ANGASAN and RENALDA ANGASAN, husband and wife, in personam, and F/V THE NOVARUPTA, Official Number 1302767, her engines, machinery, appurtenances and cargo, in rem,<br><br>                   Defendants. | CASE NO. 2:22-cv-01377-LK<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. Plaintiff Gracie Bodo filed a complaint in this case on September 28, 2022. There is no indication that she has served the summons and complaint on Defendants within the time prescribed by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(m).

Plaintiffs have a general duty to prosecute their claims, *see Fid. Phila. Tr. Co. v. Pioche Mines Consol., Inc.*, 587 F.2d 27, 29 (9th Cir. 1978), and they fail to fulfill this duty when they do not litigate their case, *see, e.g.*, *Spesock v. U.S. Bank, NA*, No. C18-0092-JLR, 2018 WL 5825439,

ORDER TO SHOW CAUSE - 1

at *3 (W.D. Wash. Nov. 7, 2018). "[T]o prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts," federal courts may exercise their inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 629–31 (1962); *see also, e.g.*, *Ville v. Meridian at Stone Creek Assisted Living*, No. C17-913-MJP, 2017 WL 4700340, at *1 (W.D. Wash. Oct. 19, 2017).

The Court thus ORDERS Plaintiff to show cause why the case should not be dismissed for failure to prosecute within 14 days of this Order. Failure to respond will result in dismissal of the case without prejudice.

Dated this 19th day of January, 2023.

Lauren King
United States District Judge